In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of HONOUR B. GELSON, an Attorney and Counselor at Law, Respondent.— Respondent has forfeited the privilege of engaging in the practice of the law. Motion to confirm report of official referee recommending disbarment of respondent is granted, the respondent is disbarred and her name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ. [See post, p. 985.]

In the Matter of the Application for an Order, of LEON C. HIGH, Appellant, against THE BOARD OF EDUCATION of UNION FREE SCHOOL District No. 7 OF THE TOWN OF NORTH HEMPSTEAD, COUNTY OF NASSAU, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of the MORTGAGE COMMISSION OF THE STATE OF NEW YORK for an Order Directing MULLER PAPER GOODS CO., INC., to Make Available all Records and Data with Respect to Income, and for an Order Directing the Payment of Surplus or Such Part Thereof as the Court May Determine to the Mortgagee, the Mortgage Commission of the State of New York, etc. MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Appellant; MULLER PAPER GOODS CO., INC., Respondent.— The motion is referred to the court that rendered the decision on the prior motion. [See 256 App. Div. 301; Id. 1081.] Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ. Motion for reargument of motion granted, and on reargument motion for leave to appeal to the Court of Appeals granted and the following question certified: In this proceeding, in ascertaining if surplus was produced pursuant to section 1077-c, Civ. Prac. Act, was it proper for the Special Term to refuse to include, as an item tending to produce surplus, the reasonable value of the use and occupation of that part of the mortgaged property occupied by the owner in the conduct of its manufacturing business? Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.